UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                             No.   15-CR-341-LTS-3

JAMES BOCCANFUSO,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court has received Mr. Boccanfuso's motion for a reduction in sentence pursuant to 18 USC § 3582(c)(1)(A), dated March 16, 2023.  (Docket entry no. 203.)  Mr. Boccanfuso also seeks to file under seal certain documents and exhibits containing sensitive personal information (such telephone numbers and medical records), and to file redacted versions of those documents on the public docket.  The sealing request is granted.  Due to the volume of documents to be sealed, in order to effectuate sealing the Defense must bring hard copies of all proposed sealed documents, as well as a copy of this Order, to the Court's Records Management Department (500 Pearl St, Room 370.)

        The Government is directed to file its response to Mr. Boccanfuso's motion by **April 17, 2023**.  The Government may request that the Court file under seal any medical records that may be included in the Government's response, and sensitive medical information may be redacted from the response that is filed on ECF.  A complete, unredacted courtesy copy of the Government's response must be provided to Mr. Boccanfuso and emailed to Chambers via

SwainNYSDCorresp@nysd.uscourts.gov.  Mr. Boccanfuso's reply to the Government's response, if any must be filed by **May 8, 2023**.

SO ORDERED.

Dated: New York, New York
March 17, 2023

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge