UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                No.   15-CR-341-LTS-3

JAMES BOCCANFUSO,

       Defendant.

-------------------------------------------------------x

## Order

In connection with Mr. Boccanfuso's pending motion for a reduction in sentence (docket entry no. 203), the Government has submitted a response in opposition which includes certain medical records, which the Government requests be filed under seal (docket entry no. 209).  The sealing requested is granted due to the sensitive nature of these documents.

     SO ORDERED.

Dated: New York, New York
       April 18, 2023

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge